**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FLORENCE WANDJI MEDJOFIN FOTIE,
Petitioner,

v.

MARKWAYNE MULLIN, *et al.*,
Respondents.

Case No. 5:26-cv-02143-DMK

**JUDGMENT**

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Petition is denied and this action is dismissed without prejudice.

DATED: August 19, 2026

DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE